Allen E. ORR, Plaintiff–Appellant,

v.

**ORANGE COUNTY SHERIFF'S DEPARTMENT; et al.,**
Defendants–Appellees.

No. 08–56364.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.[*]

Filed July 20, 2010.

Allen E. Orr, Lake Elsinore, CA, pro se.

David Duane Lawrence, I, Esquire, Managing Senior Counsel, Lawrence Beach Allen & Choi, PC, Glendale, CA, Christina Marie Sprenger, Esquire, Senior, Lawrence Beach Allen & Choi, PC, Santa Ana, CA, for Defendants–Appellees.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**MEMORANDUM** [**]

Allen E. Orr died while this appeal was pending, and his apparent next-ofkin have not responded to the Court's order informing them that if they wish to prosecute Orr's appeal, they must file a notice of appearance. Therefore, the appeal is dismissed. See Fed. R.App. P. 43.

**DISMISSED.**